IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ANTHONY MILLS,                                    *

            Plaintiff,                   *

v.                                                    Case No. 5:26-cv-00069-MTT

                              *

ARLENE BLUTH,                                     *

            Defendant.                  *

_____   *

## J U D G M E N T

Pursuant to this Court's Order dated June 11, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 11th day of June, 2026.

                        David W. Bunt, Clerk

                        s/ Raven K. Alston, Deputy Clerk